**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| Casey Lyn Stout and Jenna Mae Stout, | ) |
| | ) **ORDER FOR MID-DISCOVERY** |
| Plaintiffs, | ) **STATUS CONFERENCE** |
| | ) |
| v. | ) |
| | ) |
| WPX Energy Williston, LLC, a Foreign | ) |
| Limited Liability Company, | ) |
| | ) Case No. 1:24-cv-00050 |
| Defendant. | ) |

**IT IS ORDERED**:

A mid-discovery status conference will be held on September 16, 2024, at 10:00 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (877) 810-9415 and enter access code 8992581. The conference may be recorded for the convenience of the court.

Dated this 23rd day of May, 2024.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court