# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Casey Lyn Stout and<br>Jenna Mae Stout,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>WPX Energy Williston, LLC,<br>a Foreign Limited Liability Company,<br><br>　　　　Defendant. | )<br>)<br>)<br>)　**ORDER**<br>)<br>)<br>)<br>)<br>)　Case No.: 1:24-cv-00050<br>)<br>) |

On April 10, 2025, the parties filed *a Stipulated Joint Request to Set a New Trial Date and a New Scheduling/Discovery Plan*. (Doc. No. 22). Therein, the parties requested the court set a scheduling conference for the purpose of establishing a new trial date and adopting a new joint scheduling/discovery plan.

The parties' Stipulation is **ADOPTED IN PART**. (Doc. No. 22). The court shall set a status conference by telephone on April 30, 2025, at 9:00AM to discuss establishing a new trial date and adoption of a new joint scheduling/discovery plan. The parties shall submit a proposed plan to the court in advance of the conference. To participate, the parties shall call 571-353-2301 and enter ID 292466149 followed by #.

**IT IS SO ORDERED.**

Dated this 11th day of April, 2025.

　　　　　　　　　　　　　　　　　　　*/s/ Clare R. Hochhalter*
　　　　　　　　　　　　　　　　　　　Clare R. Hochhalter, Magistrate Judge
　　　　　　　　　　　　　　　　　　　United States District Court