# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Casey Lyn Stout and Jenna Mae Stout, ) ) ) **ORDER** ) Plaintiff, ) ) vs. ) ) WPX Energy Williston, LLC, a Foreign ) Limited Liability Company, ) ) Defendant. ) | Case No. 1:24-cv-00050 |

On April 10, 2025, the parties filed a Stipulated Joint Request to Set a New Trial Date and a New Scheduling/Discovery Plan. (Doc. No. 22). They requested that the court schedule a conference for the purpose of establishing a new trial date and adopting a new joint scheduling/discovery plan.

On April 11, 2025, the court issued an order scheduling a status conference with the parties their request by telephone on April 30, 2025, to discuss revisions to the pretrial deadlines and a new trial date. (Doc. No. 23).

On April 25, 2025, the parties submitted a joint proposed amended scheduling/discovery plan for the court's review. The court has reviewed the parties' proposed amendments to the pretrial deadlines and, finding them acceptable, does not believe that a status conference is necessary at present.

Accordingly, the court cancels the status conference on April 30, 2025, **ADOPTS** the parties' proposed amended scheduling/discovery plan, and amends the pretrial deadlines as follows:

1. All fact discovery will be completed by the following deadline, with all discovery pursuant to Rules 33, 34, and 36 to be served a minimum of thirty-three (33) days

      prior to the deadline: September 1, 2025.

2. Discovery motions are due by October 1, 2025.

3. The deadlines for exchanging complete expert reports are:

    a. September 1, 2025, for Plaintiffs;

    b. October 15, 2025, for Defendant; and

    c. November 17, 2025, for rebuttal experts.

4. Discovery depositions of expert witnesses shall be completed by December 3, 2025.

5. Dispositive Motions are due by October 1, 2025.

The final pretrial conference and jury trial shall be continued to ensure there is sufficient for the briefing and consideration of any dispositive motions that may be filed.. Accordingly, the final pretrial conference on July 7, 2025, shall be rescheduled for April 21, 2026, at 9:00 AM by telephone. To participate in the conference, the parties shall call, the parties should call (571) 353-2301 and enter 292466149 followed by # when prompted for the "Call ID." The jury trial scheduled for July 21, 2025, shall be rescheduled for May 4, 2026, at 9:30 AM in Bismarck (courtroom 1) before Judge Traynor. An eight (8) day trial is anticipated.

    **IT IS SO ORDERED**.

    Dated this 28th day of April, 2025.

                                            */s/ Clare R. Hochhalter*
                                            Clare R. Hochhalter, Magistrate Judge
                                            United States District Court