**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| Casey Lynn Stout and Jenna Mae Stout, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> WPX Energy Williston, LLC, a Foreign ) <br> Limited Liability Company, ) <br> ) <br> Defendant. ) | **ORDER** <br><br><br><br> Case No. 1:24-cv-050 |

On December 15, 2025, the parties filed a "Joint Notice to Court and Joint Request to Vacate Scheduling Order and Discovery Plan." (Doc. No. 34). Therein they advise that they participated in a mediation on October 15, 2025, and are scheduled to continue their mediation on January 14, 2026. Advising that they have agreed to the suspension of the pretrial deadlines pending their upcoming mediation, they request that the court vacate its scheduling order but preserve their current trial date.

The court **GRANTS** the parties' joint request (Doc. No. 34) and cancels all scheduling and discovery deadlines. The parties shall file a joint report by January 28, 2026, that updates the court on the status of their mediation and sets forth new scheduling and discovery deadlines as necessary. If the parties are unable to agree upon new scheduling and discovery deadlines, they are to so advise the court and request a scheduling conference.

**IT IS SO ORDERED.**

Dated this 29th day of December, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court