## IN THE UNITED STATED DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Casey Lynn Stout and Jenna Mae Stout, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| WPX Energy Williston, LLC, a Foreign | ) | |
| Limited Liability Company, | ) | Case No. 1:24-cv-050 |
| | ) | |
| Defendant. | ) | |

On February 9, 2026, the court held a status conference with the parties by telephone to discuss, inter alia, alternative trial dates. Pursuant its discussion with parties, the court shall reschedule the final pretrial conference and jury trial in this matter as follows. The Final Pretrial Conference on April 21, 2026, shall be rescheduled for October 13, 2026, at 9:00 AM by telephone. To participate in the Final Pretrial Conference, the parties shall call (571) 353-2301 and enter 292466149 followed by # when prompted for the "Call ID." The jury trial scheduled for May 4, 2026, shall be rescheduled for October 26, 2026, at 9:30 AM in Bismarck (courtroom 1) before Judge Daniel M. Traynor. An eight (8) day trial is anticipated.

The parties shall submit a revised joint scheduling/discovery plan by February 17, 2026, to the court at ndd_J-Hochhalter@ndd.uscourts.gov.

**IT IS SO ORDERED.**

Dated this 9th day of February, 2026.

/s/ *Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court