UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| CASEY LYN STOUT and <br> JENNA MAE STOUT, <br> <br>             Plaintiffs, <br> <br> v. <br> <br> WPX ENERGY WILLISTON, LLC., <br> a Foreign Limited Liability Company, <br> <br>             Defendant. | ) <br> ) <br> ) <br> ) Civil No: 1:24-cv-00050-DMT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### PROPOSED REVISED JOINT SCHEDULING AND DISCOVERY PLAN

Come Now, the parties, pursuant to the Court's Order dated February 9, 2026 (Doc #38), and Order dated February 17, 2026 (Doc #39), and submit this Proposed Revised Joint Scheduling and Discovery Plan. The parties have conferred and propose to the Court a schedule as follows:

- Plaintiff's Final Expert Disclosure: March 2, 2026

- Defendant's Final Expert Disclosure: April 2, 2026

- Written Discovery served prior to: May 1, 2026

- Dispositive Motions Deadline: April 15, 2026

- Discovery Motions Deadline: June 15, 2026

- Deposition Deadline (Fact and Expert depositions completed by this date): June 15, 2026

- Mediation completed prior to: June 30, 2026

- Motions in Limine: September 1, 2026

- Final Pretrial conference, as set by the Court: October 13, 2026 for 9:00 a.m. (via telephone).

- Jury Trial, as set by the Court: October 26, 2026 (8 days).

DATED this 24th day of February, 2026.

| | |
|---|---|
| ROBERT P. SCHUSTER, P.C. | CROWLEY FLECK PLLP |
| */s/ Robert P. Schuster* | /s/*Jeffery Oven* |
| ROBERT P. SCHUSTER | JEFFERY J. OVEN (#5005) |
| BRADLEY L. BROOKE | 490 N. 31st Street, Suite 500 |
| 250 Veronica Lane, Suite 204 | Billings, MT 59101 |
| P.O. Box 13160 | T: 406-252-3441 |
| Jackson, WY 83002 | F: 406-256-8526 |
| T: 307-732-7800 | joven@crowleyfleck.com |
| bob@bobschuster.com | |
| brad@bobschuster.com | BENJAMIN J. SAND (#07981) |
| | 100 West Broadway, Suite 100 |
| JAMES R. HOY (#06974) | Bismarck, ND 58501 |
| Maring Williams Law Office, P.C. | T: 701-223-6585 |
| 5201 42nd Street South, Suite 200 | bsand@crowleyfleck.com |
| Fargo, ND 58104 | |
| T: 701-241-4141 | *Attorneys for Defendant* |
| jhoy@maringlaw.com | |
| | |
| *Attorneys for Plaintiffs* | |

## ORDER

The court **ADOPTS** the parties' proposed revised joint scheduling and discovery plan without any additions or modifications.

**IT IS SO ORDERED.**

Dated this 27th day of February, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
